IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03024-WJM-MEH

DERICK FINN,

    Plaintiff,

v.

SUNCOR ENERGY, a/k/a Suncor Energy USA, Inc.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 6, 2013.**

    The Stipulated Motion for Entry of Protective Order [filed May 3, 2013; docket #17] is **denied without prejudice**, and the proposed Stipulated Protective Order is refused. The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89. Also, the Court will reject any request to retain continuing jurisdiction over an action that has been closed.