IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03024-WJM-MEH

DERICK FINN,

    Plaintiff,

v.

SUNCOR ENERGY, a/k/a Suncor Energy USA, Inc.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 13, 2013.**

    The Amended Stipulated Motion for Entry of Protective Order [filed May 10, 2013; docket #20] is **granted**. The parties' proposed Stipulated Protective Order is accepted and filed contemporaneously with this minute order.