IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03024-WJM-MEH

DERICK FINN,

    Plaintiff,

v.

SUNCOR ENERGY, a/k/a Suncor Energy USA, Inc.,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 15, 2014**.

    Defendant's Unopposed Motion for Leave to File Amended Proposed Pretrial Order [<u>filed January 15, 2014; docket #46</u>] is **granted**.  The Clerk of the Court is directed to file the proposed amended pretrial order located at docket #46-1 together with the attached exhibits.