# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Senior Judge John L. Kane

| | |
|---|---|
| Date:  July 10, 2014 | Courtroom Deputy: Bernique Abiakam |
| Civil Case No.: 12-cv-03024-JLK | Court Reporter: Mary George |

DERICK FINN,

   Plaintiff,

v.

SUNCOR ENERGY,

   Defendant.

Andrew T. Brake

Alyson A. Smith
Darren E. Nadel

## COURTROOM MINUTES

**Final Trial Preparation Conference**

**10:02 a.m.    Court in session.**

Court calls case.  Counsel present.

Preliminary remarks by the Court.

Argument heard regarding Doc. No. 62.

10:07 a.m.    Argument by Ms. Smith.

10:08 a.m.    Argument by Mr. Brake.

10:10 a.m.    Rebuttal argument by Ms. Smith.  Questions by the Court.

10:16 a.m.    Further argument by Mr. Brake.

10:17 a.m.    Comments and rulings by the Court.

**ORDERED:**    Defendant's Opposed Motion In Limine (Filed 7/9/14; Doc. No. 62) is **GRANTED.**

Discussion regarding case issue.

*12-cv-03024-JLK*
*Final Trial Preparation Conference*
*July 11, 2014*

Counsel given an opportunity to go off the record and discuss the possibility of settlement.

**10:21 a.m.    Court in recess.**

**10:54 a.m.    Court in session.**

Comments by Mr. Brake regarding the status of the case.

Comments by Mr. Nadel.

**ORDERED:   The Jury Trial set to begin on July 21, 2014 at 8:00 a.m. is VACATED.**

**ORDERED:   Counsel have to and including August 25, 2014 to finalize the case.**

**10:56 a.m.    Court in recess.**
Hearing concluded.
Total in-court time: 00:21